UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> SENECA MORTGAGE SERVICING, LLC, <br><br> Defendant. | Case No. 3:16-cv-00657-NJR-DGW <br><br> Honorable Judge Nancy J. Rosenstengel |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Jeffrey Johnson ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Seneca Mortgage Servicing, LLC, settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 23rd day of September, 2016.

                                                    Respectfully Submitted,

                                                    <u>/s/ James J. Haller</u>
                                                    James J. Haller
                                                    Attorney for Plaintiff
                                                    Sulaiman Law Group, LTD
                                                    900 Jorie Blvd, Ste 150
                                                    Oak Brook, IL 60523
                                                    Phone (630)575-8181
                                                    Fax: (630)575-8188

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ James J. Haller
James J. Haller
Attorney for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188
