IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY JOHNSON, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 16-CV-657-NJR-DGW |
| | ) |
| SENECA MORTGAGE SERVICING, LLC, | ) |
| | ) |
|        Defendant. | ) |
| | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated September 26, 2016 (reflecting the settlement between the parties) and the Stipulation of Dismissal filed November 8, 2016 (indicating that the parties stipulate to dismissal with prejudice), this case is **DISMISSED with prejudice**.

    DATED: November 9, 2016

                                          JUSTINE FLANAGAN, Acting Clerk

                                          By: s/ Deana Brinkley_____
                                              Deputy Clerk

    **APPROVED:** s/ Nancy J. Rosenstengel_____
                        NANCY J. ROSENSTENGEL
                        United States District Judge